UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 12-00052-JVS(FMOx)**<br>member case of 8:10ML02151 JVS(FMOx) | Date | July 25, 2013 |
|---|---|---|---|

| Title | **State Farm Mutual Automobile Insurance Company v. Toyota Motor Sales, U.S.A., Inc.**<br>A Member Case in MDL No. 2151:  IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION |
|---|---|

Present: The Honorable     James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Dismissing Action for Failure to Prosecute and Order Vacating Hearing.

  This individual action is a member case of the multi-district litigation ("MDL") referenced above.  Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") is the subrogee of its insured, Eva Gomez, who was involved in a one-vehicle collision while she was driving her Toyota Avalon.  (Compl. ¶¶ 5 & 7.)  State Farm alleges that the Avalon suddenly accelerated as a result of manufacturing defects associated with it.  (Compl. ¶ 8.)  This action was filed in state court in Pennsylvania, removed to federal district court there, then conditionally transferred to the present MDL on January 11, 2012.  (State Farm Docket No. 8.)

  Defendant Toyota Motor Sales U.S.A., Inc. ("Toyota") served requests for discovery to which State Farm has failed to comply.  Eventually, Toyota moved to dismiss the present individual action as a sanction for State Farm's failure to comply with the Court's discovery Orders, including an Order compelling the discovery sought by Toyota.  The Court continued the hearing on the Motion to Dismiss, and issued an Order to Show Cause ("OSC") why the present action should not be dismissed for failure to prosecute.

  Rule 41(b) of the Federal Rules of Civil Procedure permits district courts to dismiss an action for failure to prosecute and for failure to comply with the Federal Rules of Civil Procedure or the Court's Local Rules.  Such dismissal may be made upon motion

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 12-00052-JVS(FMOx)**<br>member case of 8:10ML02151 JVS(FMOx) | Date | July 25, 2013 |

| | |
|---|---|
| Title | **State Farm Mutual Automobile Insurance Company v. Toyota Motor Sales, U.S.A., Inc.**<br>**A Member Case in MDL No. 2151: IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** |

or by the Court acting *sua sponte*. Fed. R. Civ. P. 41(b) (authorizing dismissal upon motion by a defendant); see, e.g., Chambers v. NASCO, Inc., 501 U.S. 32, 44 (1991) (a court "may act *sua sponte* to dismiss a suit for failure to prosecute"); Hells Canyon Preservation Counsel v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir.2005) (recognizing that courts may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or the court's orders).

The OSC issued by the Court required State Farm to either file a notice that it complied with the Court's discovery Orders or file a written response to the OSC no later than July 22, 2013. State Farm did not file such a notice, nor did State Farm file any written response to the OSC.[1] Accordingly, the Court finds that State Farm lacks the intent to continue to prosecute the present action, and the Court dismisses the present action for failure to prosecute. The Court's dismissal is without prejudice.

In light of the dismissal of this action for failure to prosecute, Toyota's Motion to Dismiss is denied as moot. (Docket No. 21.) The Court finds that oral argument would not be helpful in this matter and therefore vacates the July 29, 2013 hearing. Fed. R. Civ. P. 78; Local Rule 7-15.

**IT IS SO ORDERED.**

| | | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | kjt | |

---

[1] In fact, State Farm has been silent throughout this litigation. In addition to failing to respond to Toyota's discovery request, State Farm also failed to file an opposition to Toyota's Motion to Compel Discovery and it failed to file an opposition to Toyota's Motion for Dismiss.